NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM HOOVER, on his behalf and on behalf of all others similarly situated, | |
| Plaintiff, | Civ. No. 16-4520 |
| v. | **MEMORANDUM ORDER** |
| SEARS HOLDING CORPORATION, | |
| Defendant. | |

THOMPSON, U.S.D.J.

IT APPEARING that Defendant has filed for bankruptcy;

IT IS on this 20th day of February, 2019,

ORDERED that the Amended Complaint (ECF No. 14) is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that this case is CLOSED.

                                                */s/ Anne E. Thompson*
                                                ANNE E. THOMPSON, U.S.D.J.